O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 99-11601 AHM (RZx) | Date | August 30, 2010 |
|---|---|---|---|
| Title | Gregory Minor, *et al* v. Donald Lukens | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The Court is in receipt of Plaintiff's timely e-filed Application for and Renewal of Judgment. Due to an inadvertent Clerk's Office error, the Application was not ruled on prior to the expiration of the ten year period to renew the judgment.

It is therefore ORDERED that the Clerk renew the judgment *Nunc Pro Tunc* as of June 21, 2010.

|  | : |
|---|---|
| Initials of Preparer | SMO |

cc: **Civil Intake**