Robert S. Stack dba
INTERNATIONAL RECOVERY SOLUTIONS
P. O. Box 1472
Kelseyville, CA 95451-1472
707.278.7075

ASSIGNEE In Pro Per

NUNC PRO TUNC
AS OF 6/21/2010
Per Minute Order Dated
08/30/2010

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

GREGORY MINOR et al,

    Plaintiff,

vs.

DONALD LUKENS aka DON D. LUKENS, Individually and dba COMMUNITY GROUP FUNDING and GLOBAL SPORTS AND ENTERTAINMENT,

    Defendants.

**CASE NO. CV 99-11601 AHM (RZx)**

[PROPOSED] RENEWAL
OF JUDGMENT

Based upon the Application for & Renewal of Judgment of the original Judgment and, pursuant to F.R.C.P 69(a) and CCP 683.110 through CCP 683.320, and for good cause appearing

The Judgment against DONALD LUKENS aka DON D. LUKENS, Individually and dba COMMUNITY GROUP FUNDING and GLOBAL SPORTS AND ENTERTAINMENT entered on July 18, 2000 (copy attached) is hereby renewed and in the amounts as set forth below:

Renewal of Money Judgment:

| | |
|---|---|
| a. Total Judgment | $ 159,273.45 |
| b. Costs after Judgment | -0- |
| c. Attorneys fees | -0- |
| d. Subtotal (*Add a, b and c*) | $ 159,273.45 |
| e. Credits after Judgment | $ -0- |
| f. Subtotal (*Subtract e from d*) | $ 159,273.45 |
| g. Interest after Judgment | $ 157,980.14 |
| h. Fee for filing Renewal Application | $ -0- |

[PROPOSED] RENEWAL OF JUDGMENT - 1

|   | i. Total Renewed Judgment (*Add f and g*) | $ 317,253.59 |
|---|---|---|

Dated: 8/31/2010

Terry Nafisi
Clerk of Court

/s/ Jenny Lam
**Clerk, by**
**Deputy**

Ref:MinorRenewal01.doc

[PROPOSED] RENEWAL OF JUDGMENT - 2